IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | HON. JEROME B. SIMANDLE |
| v.                       : | Criminal No. 10-730 (JBS) |
| GEORGE J. DILWORTH,      : | |
|         Defendant.       : | **ORDER** |

This matter having come before the Court upon Defendant's omnibus motion seeking to dismiss the indictment, suppress evidence and compel production of discovery [Docket Item 10]; the Court having considered the submissions of the parties and conducted oral argument; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this __**12th**__ day of **December, 2011** hereby

ORDERED the Defendant's motion to dismiss Count I of the Indictment as duplicitous is DENIED; and it is

ORDERED the Defendant's motion regarding Count II of the Indictment as duplicitous is GRANTED and the government shall elect which charge it will pursue within Count II within 14 days of this order; and it is

ORDERED the Defendant's motion to dismiss Counts II and III of the Indictment as multiplicitous is DENIED; and it is further

ORDERED the Defendant's motion to suppress is DENIED.

                                         **s/ Jerome B. Simandle**
                                         JEROME B. SIMANDLE
                                         United States District Judge